UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUL LAFOND,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. ARVIZA,<br><br>　　　　Respondent. | No. 1:22-cv-00786-ADA-HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. Nos. 1, 10) |

　　Petitioner Raoul Lafond is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On July 14, 2022, the assigned magistrate judge issued findings and recommendations recommending that the pending petition be dismissed for failure to state a cognizable habeas claim. (Doc. No. 10.) Those findings and recommendations were served on petitioner and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id*.) As of the date of this order, petitioner has not filed objections, and the deadline for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court holds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 14, 2022, (Doc. No. 10) are adopted in full;
2. The petition for writ of habeas corpus (Doc. No. 1) is dismissed; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   September 14, 2022

UNITED STATES DISTRICT JUDGE